FILED
2011 APR 21 P 3: 35
EASTERN DIST. TENN.
BY_____ DEPT. CLERK

# In the United States District Court
# for the Eastern District of Tennessee

| | |
|---|---|
| Rene Jean<br>& Yael Felicitas (wife)<br><br>v.<br><br><br>Timothy GEITHNER | } 1:11-cv-99  Collier/Carter<br>} **Libel of Review**<br>}<br>} - common law counterclaim in admiralty -<br>} - notice lis pendens and -<br>} - verified statement of right -<br>}<br>} Re: God-given unalienable rights in the<br>} original estate - Article III; Constitution<br>} |

**Comes now** Rene Jean and Yael Felicitas (wife) of the Sauzedde family making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E(8). Timothy GEITHNER has been making false claims and this counterclaim and notice lis pendens are now in the "exclusive original cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

**Jurisdiction**: In international law and according to the law of the land, agents of a foreign principal are required to file any pretended claim in the appropriate district court prior to exercising rights to that claim. The district courts have "exclusive original cognizance" of all inland seizures and this includes vessels in rem (Rule C(3)) such as trust organizations and legal names (Rene J. SAUZEDDE, RENE JEAN SAUZEDDE, Yael F. SAUZEDDE, YAEL FELICITAS SAUZEDDE, Timothy GEITHNER, Henry Paulson, John Snow etc.)

> "...the United States, ... within their respective districts, as well as upon the high seas; (a) saving to suitors, in all cases, the right of a common law remedy, where the common law is competent to give it; and shall also have exclusive original cognizance of all seizures on land,..." *The First Judiciary Act*; September 24, 1789; Chapter 20, page 77. *The Constitution of the United States of America*, Revised and Annotated - Analysis and Interpretation - 1982; Article III, §2, Cl. 1 *Diversity of Citizenship*, U.S. Government Printing Office document 99-16, p. 741.

This fact of protocol - filing a claim in district court according to international law - is beyond dispute and extends into antiquity: "Meanwhile those who seized wreck ashore without a grant from the Crown did so at their peril." *Select Pleas in the Court of Admiralty*, Volume II, A.D. 1547-1602; Introduction - Prohibitions, *Note as to the early Law of Wreck*, Selden Society, p. xl, 1897. Even the IRS recognizes the protocol:

> **"Place for filing notice; form**. Place for filing. The notice referred to in subsection (a) shall be filed -- with the clerk of the district court. In the office of the clerk of the United States district court for the judicial district in which the property subject to the lien is situated..." Title 26 U.S.C. §6323.

Timothy GEITHNER, acting as "City METRO officer – US Governor IMF and Secretary of the Treasury" *city* of Washington, *District* of Columbia is agent of a foreign principal, a "foreign state" defined at Title 28 of the United States Codes §1603, and Title 22 U.S.C. §611 the **Division of enforcement** for the **Department of revenue** (for example C.R.S. §24-1-117 [Colorado]) under principal State Governor in convention with METRO organization a.k.a. *Public Administrative Services Headquarters* (PASHQ - signed for example by Edwin C. Johnson by John T. Bartlett; *The Public Papers and Addresses of Franklin D. Roosevelt, The Year of Crisis 1933* Random House p. 21). The *Department of Revenue* of course being the execution of bankruptcy proceedings against the citizens of the United States since 1933 currently formed "International Monetary Fund" and "World Bank" etc. - the State, City METRO municipal and police powers under United Nations charter law - protected by the same alleged positive law jural society (international treaty) exemptions home rule (for example, Article XI section 9 of the Constitution of the State of Tennessee).

The district court for the Eastern District of Tennessee has acquired exclusive original cognizance of this counterclaim for the United States because this is a federal question - a Constitutional matter involving a man and woman on the land complaining about theft and kidnap - Title 18 U.S.C. §§ 661 and 1201 respectively and irregular extradition from the asylum state into the United States custody, treason - Constitution, Article III §3 and Title 18 U.S.C. §2381 by an agent of a foreign principal, creating diversity of citizenship - Title 28 U.S.C. §§1331 and 1333 respectively. The presentments (notifications) are arbitrary and capricious; clearly implying that if Rene Jean & wife fail to comply with the suggested terms there will be "law enforcement" actions by way of inland seizure. Speaking historically the districts, formed in 1790 for handling the financial obligations of the United States could not come into existence until after formal expression of remedy in the 'saving to suitors' clause (1789)

quoted above and codified at Title 28 U.S.C. §1333. The law is paraphrased in the Internal Revenue Codes:

> "Form. The form and content of the notice referred to in subsection (a) shall be prescribed by the Secretary. Such notice **shall be valid notwithstanding any other provision of law** regarding the form or content of a notice of lien." Title 26 U.S.C. §6323(F)(3). *emphasis added*

The only excuse for the discretionary authority granted administrative agencies is the judicial oversight demonstrated in this invocation of an Article III court.

**Law of the flag**: Man is created in the image of God and to reduce a man to chattel against the national debt is an affront to God. Genesis 1:27 and Exodus 13:16.

### Cause of action

In spite of the fact that federal tax refunds had been issued to plaintiffs for tax years 2007 and 2008 by the Internal Revenue Service, and the IRS never claimed that plaintiffs owed any income taxes for those years or that the refunds had been made in error, Timothy GEITHNER through agency has apparently billed each petitioner $5K for each of those years erroneously. Rene Jean and Yael Felicitas have researched the Federal Reserve Act and understand the remedy to elastic currency therein, and exercised it when filing the recent tax returns. Any lack of demand of redemption of lawful money prior is a product of fraud by omission on the part of agency, hired professional CPAs, and the public education system. The IRS agent who imposed the fines is in error as the memorandum cited (Notice 2007-30) does not address redemption of lawful money, nor do any of the subsequent memos or notices. As Notice 2007-30 advises the IRS agent at the bottom, redemption of lawful money is supported by law and by rulings of the courts – *Milam v. USA* 9th Circuit – No 72-1666 January 29, 1974 "…although entitled to redeem the note…" There has been a presumption that the respondents are not entitled to remedy. This presumption is erroneous and based upon endorsements of private credit from the Federal Reserve that have never been made in good faith. The subjection to Special Drawing Rights (Paper Gold) is one thing but presuming endorsement of fractional lending practiced outside the scope of lawful money is unlawful and such presumption is defeated by law herein, *nunc pro tunc*. See Title 12 U.S.C. §411; Rene Jean & Yael Felicitas are and always would have been exercising the right to handle lawful money had the option ever been presented in good faith.

The subject presentment utilized for the claim was regular enough but Rene Jean & Yael Felicitas wish to invoke judicial review "any other provision of law" and nullify any justification for any further such theft action - manifest in actual or threatened kidnap. The presentments upon which the

theft is based have been refused for cause timely (considering preparation of proper remedy) and the red ink original refusal for cause has been returned to Timothy GEITHNER in his copy of the counterclaim and summons. All other copies and the original counterclaim filed with the court have black ink (copy) refusals for cause on the presentment(s).

### Stipulation of acceptable answer

The issue is simple. Agents of a foreign principal are required to file their complaint in the appropriate district court prior to exercising any claim against a man on the land. This is international and common law. Timothy GEITHNER must directly address the validity of the (telephone) certificate of search that clearly shows there have been no claims filed against "Rene Jean", "Yael Felicitas" or any pseudonym through which Rene Jean & wife may be engaged in contract. Timothy GEITHNER may call (423) 752-5200 to conduct searches and of course the Article III judge can research cases in chambers. It is however reasonable to say that if Timothy GEITHNER is moving on a valid claim and judgment in the district court then Timothy GEITHNER knows what case that is.

The United States is not a party in interest to this action. Any registered attorney responding for Timothy GEITHNER cannot be a citizen of the United States due to the *de jure* Thirteenth Amendment of the Constitution. A certified copy is attached and fully incorporated into this counterclaim. (The federal judge assigned this case is competent to adjudicate under Article III due to "inactive" status with the State Supreme Court attorney register.) Addressing the certificate of search is the only response that will be considered an answer to this counterclaim. Failure to answer will be met with default judgment for Rene Jean & Yael Felicitas according to the notice on the face of the summons.

### Stipulation of remedy

The recourse sought is immediate exclusive original cognizance of the United States through the district court. This case is repository for evidence for injunctive relief from any future presentments and theft or kidnap actions from *any* foreign agents or principals. Rene Jean's wife, Yael Felicitas may use this evidence repository for any future refusals for cause as well. Though the theft/kidnap could be justified by notice and sophistry under the color of law of municipal structure, the proceedings have obviously been under the pretended authority of unconscionable contract and the recourse requested is proper. There is no excuse for the arbitrary and capricious attorney actions - debt action in assumpsit - that have confronted good men and women since the Banker's Holiday. Roosevelt implemented a

"voluntary compliance" national debt (upon the States by Governor's Convention) but utilized the 1917 *Trading with the Enemy Act* to compel citizens of the United States to comply. The substitution of *citizen of the United States* for the German nationals on this land was against *Stoehr v. Wallace*, 255 U.S. 239 (1921) where the Court clearly expresses "The Trading with the Enemy Act, originally and as amended, is strictly a war measure..." - directly citing the Constitution Article I, §8, clause 11. The war on the Great Depression 1) does not count and 2) would only last the duration of the emergency if it did. **Fraud vitiates all contracts.** Because widespread social misconceptions and disinformation prevented us from learning about the 1913 Federal Reserve Act remedy it is Fraud by Omission to proceed with any penalty assessments. If we had known how to properly apply the remedy supporting the redemption of lawful money we obviously would have been redeeming lawful money from our first paychecks ever!

Presentments will be treated as described by the following example of clerk instruction:

**Rene Jean & Yael Felicitas**
**1233 New Stansbury Road**
**Turtletown, Tennessee.**
**[37391]**

United States District Court                          Registered mail # RA XXX XXX XXX US
for the Eastern District of Tennessee
900 Georgia Avenue
Chattanooga, Tennessee.
    [80294]

Dear clerk;

    Please file this refusal for cause in the case jacket of Article III case 03-XXXX. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

**Certificate of Mailing**

    My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

                                                   _____*example*_____
                                                   Rene Jean & Yael Felicitas (wife)

Presenter's name                                       Registered mail # RA XXX XXX XXX US
Address
Anywhere, State.
[presenter's code]

Timothy GEITHNER and all principals and agents are hereby properly notified. There is no governmental immunity to cover "law enforcement officers" who choose to interfere with our rights to the land and violators will be arrested by the U.S. Marshal according to Rule C of the *Supplemental Rules for Certain Admiralty and Maritime Claims*. Timothy GEITHNER and all principals and agents are left with their remedy:

> **COURTS OF THE UNITED STATES** ... 136. When a seizure has been voluntarily abandoned, it loses its validity, and no jurisdiction attaches to any court, unless there be a new seizure. 10 Wheat. 325; 1 Mason, 361. *First Judiciary Act*, September 24, 1789. *Bouvier's Law Dictionary* 1856.

Upon offense by hostile presentment after the inevitable default by Timothy GEITHNER (including all agents, principals and any and all offensive presentments), after fair notice by refusal for cause like the above clerk instruction a certificate of exigent circumstances will be issued pursuant to Rule C(3)(a)(ii)(B) *Arrest Warrant* and the clerk will immediately issue an arrest warrant for Timothy GEITHNER or named agent or principal to be taken into custody for the violations of law. Presentments of any kind from Timothy GEITHNER or any agent acting for the bankruptcy of the United States through the District may be considered hostile threat of seizure.

### Stipulation regarding character and residential address

The use of a residential address is by right. All 'privileges' associated with postal delivery are compensated, usually prepaid in honestly won U.S. currency. Rene Jean & Yael Felicitas are not Pro Se and are not representing themselves. The clerk shall not change the name of this suit on the docket from the name on the filing fee receipt. Rene Jean & Yael Felicitas retain the unalienable right to hold the district court clerk to the obligations to perform of file clerk for the United States working in the United States Courthouse. This includes the expectation that if and when this cause reaches default judgment against Timothy GEITHNER, the default judgment will be filed in full cognizance of the United States and will appear on the docket as "Default judgment for the plaintiff." Rene Jean & Yael Felicitas are authorized by fidelity bond to file default judgment in lieu of district court action. Any such judgment will stand on the truth for validity. Any character assassination will activate Instrumentality Rule and pierce the corporate veil of the United States and all agencies. Usage of residential address is non-assumpsit and changes Rene Jean & wife's characters not in the least:

> The privilege against self-incrimination is neither accorded to the passive resistant, nor the person who is ignorant of his rights, nor to one indifferent thereto. It is a fighting clause. Its benefits can be retained only by sustained combat. **It cannot be claimed by attorney or solicitor.** It is valid

only when insisted upon by a belligerent claimant in person. Quote from federal judge Lee in *United States v. Johnson et al.* No. 11400, Middle District of Pennsylvania, 76 R. Supp. 538; 1947 U.S. Dist. LEXIS 3057, February 26, 1947. *emphasis added*

The highlighted bold sentence in the above quote admonishes against any clerk action that falsely brands Rene Jean & Yael Felicitas Pro Se - to imply that Rene Jean & Yael Felicitas are representing themselves before the district court. Rene Jean & wife are responsible asylum state visiting their judiciary under Rule E(8). If an Article I (active attorney) "judge" is assigned this case or the Article III judge chooses to protect the fiduciary interests of the Bank and Fund, to act as an attorney under Article I, maintain silence. The cash filing fee is fully paid in public money and not in private credit (US notes in the form of Federal Reserve notes). The funds were redeemed lawful money according to the US Supreme Court's interpretation of the Congress' definition from **US v Rickman; 638 F.2d 182**

*In the exercise of that power Congress has declared that Federal Reserve Notes are legal tender and are redeemable in lawful money.* And, **US v Ware; 608 F.2d 400**

*United States notes shall be lawful money, and a legal tender in payment of all debts, public and private, within the United States, except for duties on imports and interest on the public debt.*

Any presumptions made about the funds for this filing fee are that Rene Jean & wife have already exercised entitlement to redeem any Federal Reserve Bank notes tendered as legal tender for all debts public and private. Furthermore any and all funds discussed have been in redemption of Federal Reserve Bank notes, not endorsement thereof:

"BANKRUPTCY. The state or condition of a bankrupt.
2. Bankrupt laws are an encroachment upon the common law. The first in England was ..." *Bouvier's Law Dictionary* 1856.

All testimony will be without immunity - **piercing the corporate veil and Instrumentality Rule**. Rene Jean & wife are a man & woman with God-given unalienable rights, living and regenerate entities of sound mind and body. For some realistic perspective the Credit River Money Decision is attached and fully incorporated into this counterclaim. Timothy GEITHNER is clearly the debtor and Rene Jean & wife are clearly creditors.

### No magistrates

No one may handle this case but an Article III judge. The nature of this cause is injunctive relief, albeit preemptive. Title 28 U.S.C. §636(b)(1)(A) cannot ensue, "...except a motion for injunctive relief..."

**Attachments fully incorporated:**

1) Certified copy of Certificate of search on "Yael Felicitas". Timothy GEITHNER is provided with information to check for case histories.
2) Presentment from Timothy GEITHNER on or around 4/19/11 refused for cause. The red ink original refusal is in the counterclaim served upon Timothy GEITHNER. The original counterclaim filed in the district court has a copy of each refusal.
3) A certified copy of Title 12 U.S.C. §411 published at El Paso County Clerk and Recorder Reception #207015932
4) Certified copy of the *de jure* Thirteenth Amendment to the Constitution published at El Paso County Clerk and Recorder Reception #95110459
5) Certified copy of the Credit River Money Decision published at the El Paso County Clerk and Recorder Reception #203290555
6) List of serial numbers of the United States bank notes in the form of Federal Reserve notes (lawful money) for the court filing fee witnessed by notary public.
7) The miscellaneous case # 1:10-mc-13 here in this court as evidence repository and record.

René Jean &amp; ~~Paul~~ Felicitas
c/o 12~~37 New~~ Stansbury Road
Turtletown, Tennessee.
[37391]

## Addresses

United States District Court  
for the Eastern District of Tennessee  
900 Georgia Avenue  
Chatanooga, Tennessee.  
      [80294]

(423) 752-5200

Rene Jean & Yael Felicitas  
℅ 1233 New Stansbury Road  
Turtletown, Tennessee.  
      [37391]

(423) 496-4688

Timothy GEITHNER  
1600 Pennsylvania Avenue  
City of Washington, District of Columbia.  
      [20220]

(202) 622-2000