

EASTERN DISTRICT OF TENNESSEE
OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
200 S. JEFFERSON STREET
ROOM 201, U.S. COURTHOUSE
WINCHESTER, TENNESSEE 37398

OFFICIAL BUSINESS

RECEIVED
JUN 3 0 2011

Clerk, U. S. District Court
Eastern District of Tennessee
At Winchester

Return to Sender
Not residing here

Rene Jean Sauzedde
1233 New Standbury Road
Turtletown, TN 37391

neopost
06.15.2011
US POSTAGE        $00.44²

ZIP 37398
041100150035

NIXIE        372        5E    1        00    06/18/11

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 37398176399        *2559-20508-15-42
|ᵈᵈᵈᵈᵈᵈᵈᵈᵈᵈᵈᵈᵈᵈᵈᵈᵈᵈ|