René Jean & Yaël Felicitas
c/o 1233 New Stansbury Road
Turtletown, Tennessee
[37391]

United States District Court
Tennessee Eastern District Court
Chattanooga Divisional Office
United States Courthouse
900 Georgia Avenue
Chattanooga, TN 37402

Certified Mail # 7010 3090 0002 5512 7644

RECEIVED
Clerk, U. S. District Court
Eastern District of Tennessee

FILED
JUL 21 2011
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Dear Clerk;

Please file this default judgment, consisting of 4 pages, in the case jacket of the Article III case 1:11-CV-99. This is evidence if this presenter claims I have obligations to perform or makes false claims against us in the future.

Please return the stamped copy (3 pages) which are marked COPY in the SASE which is included for your convenience.

Please seal the envelope according to postal regulations. Thank you.

René Jean & Yaël Felicitas

*Jean & Yaël Felicitas*

STATE OF TENNESSEE  CERTIFICATION # 00000048
COUNTY OF POLK

I, Donna (kandi) Bramlett, Register of Deeds, hereby certify this is a true and perfect copy of page(s) of Instrument Number 2011-11001241, recorded in this office as a from to . Witness the Official Signature and Seal this 8th day of June 2011.

Donna (kandi) Bramlett, Register

_Donna Bramlett_

~~Deputy Regist~~er

# In the United States District Court
# for the Eastern District of Tennessee

Re: 1:11-cv-99

### Default judgment

Timothy GEITHNER has failed to assert any claim against René Jean & wife by proving the certificate of search in the district court to be faulty or fraudulent within the twenty days stipulated. As stipulated on the summons properly formed and served:

You are hereby summoned and required to serve upon plaintiff, whose address is: René Jean & Yael Felicitas; 1233 New Stansbury Road; Turtletown, Tennessee [37391]. AND FILE WITH THE CLERK OF THE COURT an answer to the complaint which is herewith served upon you, within twenty 20 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Default judgment is hereby entered and the injunctive relief sought in the counterclaim is awarded to René Jean & Yael Felicitas (wife). Timothy GEITHNER is by law to forfeit seizure upon René Jean & wife's property and person. If Timothy GEITHNER fails to do so, a certificate of exigent circumstances will issue calling for Timothy GEITHNER's arrest in the cognizance of the State Department and Speaker of the House.



René Jean & Yael Felicitas
Rene Jean & Yael [Felicitas]
c/o 1233 New Stansbury
Turtletown, Tennessee [37391]

My commission Expires: 10/6/2014

STATE OF TENNESSEE
COUNTY OF POLK

Personally appeared before me, a notary public in and for said county & state, the woman / Yael Felicitas, the bargainors, with whom I am personally acquainted and who acknowledged that they executed the within instrument for the purpose therein contained.
Witness my hand & official seal at office this 8th day of June 2011   Donna Bramlett
                                                                        Notary Public

Book MS140 Page 365

The round-date and certificate of mailing testify that certified copies of this default judgment were posted as follows:

United States District Court
for the Eastern District of Tennessee
Chattanooga Divisional Office
900 Georgia Avenue
Chattanooga, Tennessee 37402

Registered mail # RR 836 944 508 US

```
BK/PG: MS140/365-366
11001241
2 PGS : AL - NOTICE
KANDI BATCH: 26251
06/08/2011 - 02:57:38 PM
VALUE                    0.00
MORTGAGE TAX             0.00
TRANSFER TAX             0.00
RECORDING FEE           10.00
DP FEE                   2.00
REGISTER'S FEE           0.00
TOTAL AMOUNT            12.00
STATE OF TENNESSEE, POLK COUNTY
DONNA (KANDI) BRAMLETT
REGISTER OF DEEDS
```

Timothy GEITHNER
1500 Pennsylvania Avenue, NW
City of Washington, District of Columbia 20220

Registered mail # RR 836 944 511 US

The round-date and certificate of mailing testify that certified copies of this default judgment were posted as follows:

United States District Court
Eastern District of Tennessee
Chattanooga Divisional Office
900 Georgia Avenue
Chattanooga, Tennessee 37402

Registered mail # RR 836 944 508 US

[Receipt for Registered Mail, PS Form 3806, Registered No. RR 836 944 508 US, Reg. Fee $14.44, date stamp JUN 10 2011, TURTLETOWN TN 37391. FROM: René Jean & Yaël Felicitas, c/o 1233 New Stansbury Rd, Turtletown, Tennessee 37391. TO: United States District Court, 900 Georgia Avenue, Chattanooga, Tennessee 37402.]

Timothy GEITHNER
1500 Pennsylvania Avenue, NW
City of Washington,
District of Columbia 20220

Registered mail # RR 836 944 511 US

[Receipt for Registered Mail, PS Form 3806, Registered No. RR 836 944 511 US, date stamp JUN 10 2011, TURTLETOWN TN 37391. FROM: René Jean & Yaël Felicitas, c/o 1233 New Stansbury Rd, Turtletown, Tennessee 37391. TO: Timothy GEITHNER, 1500 Pennsylvania Ave, NW, City of Washington, Distr. of Columbia 20220.]