UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

RENE and YAEL SAUZEDDE,           )
                                  )
          Plaintiffs,             )
vs.                               )     1:11-cv-99
                                  )     Collier
TIMOTHY GEITHNER,                 )
                                  )
          Defendant.              )

**O R D E R**

More than 120 days have passed since the filing of the complaint in this matter on April 21, 2011 (Court File No. 1). The Court has no record that process has been served upon defendant Timothy Geithner or that the defendant has waived service of process. Accordingly, the plaintiff are hereby

**ORDERED** to show cause within ten (10) days of the entry of this order why this action should not be dismissed pursuant to FED. R. CIV. P. 4(m).

ENTER:

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**