# In the United States District Court
# for the Eastern District of Tennessee

Re: 1:11-cv-99

## Default judgment

Timothy GEITHNER has failed to assert any claim against René Jean & wife by proving the certificate of search in the district court to be faulty or fraudulent within the twenty days stipulated. As stipulated on the summons properly formed and served on Timothy GEITHNER by Monumental Process Servers, Inc. on 5/11/2011, as evidenced by the AFFIDAVIT OF SERVICE, Document 8 in this case:

You are hereby summoned and required to serve upon plaintiff, whose address is: René Jean & Yael Felicitas; c/o 1233 New Stansbury Road, Turtletown, Tennessee AND FILE WITH THE CLERK OF THE COURT an answer to the complaint which is herewith served upon you, within twenty 20 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Default judgment is hereby entered and the injunctive relief sought in the counterclaim is awarded to René Jean & Yael Felicitas (wife). Timothy GEITHNER is by law to forfeit seizure upon René Jean & wife's property and person. If Timothy GEITHNER fails to do so, a certificate of exigent circumstances will issue calling for Timothy GEITHNER's arrest in the cognizance of the State Department and Speaker of the House.

_____
René & Yael Felicitas
Rene Jean & Y[...]
c/o 1233 New Sta[...]
Turtletown, Ten[...]