René Jean & Yaël Felicitas
c/o 1233 New Stansbury Road
Turtletown, Tennessee

United States District Court
Tennessee Eastern District Court
Chattanooga Divisional Office
United States Courthouse
900 Georgia Avenue
Chattanooga, TN 37402

Registered Mail #836 955 063 US

FILED
FEB 27 2012
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Dear Clerk;

Please file this refusal for cause, consisting of twelve (12) numbered pages, in our Article III case jacket #1:11-cv-99. This is evidence if this presenter claims we have obligations to perform or makes false claims against us in the future. A copy of this instruction has been sent with the original refusal for cause in red ink back to the presenter in a timely fashion. Please return the stamped document copies, which are marked COPY, to us in the SASE which is included for your convenience.
Thank you.

**Certificate of Mailing**

Our signature below expresses that we have mailed a copy of the presentment, refused for cause, with the original clerk instruction to the district court; and that we mailed the original presentment, refused for cause in red ink and a copy of this clerk instruction, by certified mail # _____ back to the presenter within a few days of presentment.

_René Jean & Yaël Felicitas_ SEAL
René Jean & Yaël Felicitas (wife)

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | 1.10 |
| Certified Fee | | 2.95 |
| Return Receipt Fee (Endorsement Required) | | 2.35 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.40 |

Postmark Here: DUCKTOWN, TN 37326 FEB 17 2012 USPS

Sent To: IRS
Street, Apt. No.; or PO Box No.: PO Box 219236
City, State, ZIP+4: [illegible]

7070 3090 0003 2628 4252

PS Form 3800, August 2006 — See Reverse for Instructions

**IRS** Department of the Treasury
Internal Revenue Service
ACS SUPPORT - STOP 5050
PO BOX 219236
KANSAS CITY, MO 64121-9236

Case Reference Number: 4273901949  WI
Date: FEB. 13, 2012
Taxpayer Identification Number: XXX-XX-4771  H 00

Contact Telephone Number:
TOLL FREE: 1-800-829-7650
BEST TIME TO CALL:
MON - FRI  8:00 AM TO 8:00 PM LOCAL
ASISTENCIA EN ESPANOL 1-800-829-7650

004678.938723.0020.001 1 MB 0.404 864

YAEL F SAUZEDDE
1233 NEW STANSBURY RD
TURTLETOWN TN 37391-4635333

004678

---

Provide Us With Your Telephone Numbers So We May Contact You

Home: _____   Best time to call: _____

Work: _____   Best time to call: _____

Enclose your payment, tax returns or other correspondence and return with this cover sheet.

Fold this cover sheet so our address appears in the window of the enclosed envelope.

FOLD HERE  and return with your reply      FOLD HERE  and return with your reply

---

Automated Collection System
LT39

ACS Case Reference Number:
4273901949

MFT/TXPD:  30 / 200712

Amount Enclosed:$ _____

Internal Revenue Service
ACS SUPPORT - STOP 5050
PO BOX 219236
KANSAS CITY, MO 64121-9236

—1—

LT Coversheet, (except LT11/LT11NC) (5-2011)



**IRS** Department of the Treasury
Internal Revenue Service

ACS SUPPORT - STOP 5050
PO BOX 219236
KANSAS CITY, MO 64121-9236



004678

YAEL F SAUZEDDE
1233 NEW STANSBURY RD
TURTLETOWN TN 37391-4635333

WI

Date:
FEB. 13, 2012

Taxpayer Identification Number:
XXX-XX-4771    H 00
XXX-XX-6853

Case Reference Number:
4273901949

Caller ID:                    734652

Contact Telephone Number:
TOLL FREE:   1-800-829-7650
BEST TIME TO CALL:
MON - FRI   8:00 AM TO 8:00 PM LOCAL
ASISTENCIA EN ESPANOL 1-800-829-7650

## Reminder Notice

We are required by law to remind you periodically in writing about your overdue tax. The amount you owe is shown on the back of this letter.

You do not need to contact us about this letter if you are working with us to resolve your account. However, please call the telephone number listed above if you:

- have unanswered questions about the overdue taxes.
- wrote or called us more than 30 days ago and have not received a reply.

If you have NOT been working with us to resolve your account, please read the rest of this letter carefully. Then, based upon your situation, take the action listed in either Step 1 or Step 2.

**Step 1:**
If you agree with the amount shown on the back of this letter and have no questions, send us full payment. Make your check or money order payable to United States Treasury. Write your tax identifying number and the tax period(s) on your payment. Use the envelope provided and include the enclosed return cover sheet when sending us your payment or correspondence. Keep this letter for your records.

**Step 2:**
Call the telephone number listed above if you:

- believe the overdue tax is incorrect or have other questions.
- are unable to pay your overdue taxes in full. Be ready to tell us what your monthly income and expenses are so we can help you arrange a payment plan.

This office is authorized to take enforcement action to collect the amount you owe. This can include taking your property, or rights to property, such as wages, bank accounts, real estate or automobiles. We may also file a Notice of Federal Tax Lien without giving you advance notice. A lien is public notice to your creditors that the government has a right to your interests in your current assets and assets you acquire after we file a lien. This can affect your ability to obtain credit. To avoid possible enforcement actions, we must hear from you within 10 days from the date of this letter.

Enclosures: Return Cover Sheet, Envelope

Debra K. Hunt

Operations Manager, Automated Collection System

*036324771103*

-2-

Letter 3228 (Rev. 01-2004)(LT-39)

We wanted to ensure that you and your spouse received this notice, so we've sent a copy to each of you. Each copy contains the same information related to your joint account. Any amount you owe or balance due shown should be paid only once. If the account is overpaid, we will issue any refund shown only once.

Pay By Date: 02-29-2012

| Account Summary | RENE & YAEL F SAUZEDDE | | | XXX-XX-4771 |
|---|---|---|---|---|
| Type of Tax | Period Ending | Assessed Balance | Accrued Interest | Late Payment Penalty | Total |
| 1040 | 12-31-2007 | $ 481.36 | $ 15.11 | $ 35.87 | $ 532.34 |
| 1040A | 12-31-2008 | $ 324.73 | $ 9.06 | $ 20.96 | $ 354.75 |

Total Amount Due $ 887.09

| Type of Tax | Period Ending | Name of Return |
|---|---|---|

-3-

Department of the Treasury - Internal Revenue Service

Taxpayer Identification Number:
XXX-XX-4771
Case Reference Number:
4273901949

# *Penalty and Interest*


004678

The penalty and interest charges on your account are explained below. If you want a more detailed explanation of your penalty and interest, please call the telephone number listed on the front of this notice/letter.

**Paying Late - Internal Revenue Code Sections 6651(a)(2), a(3) and (d)(1)**

We charge a late payment penalty of 1/2 percent of the tax owed for each month or part of a month the tax remains unpaid from the due date, up to a maximum of 25 percent of the tax due. The 1/2 percent increases to 1 percent for each subsequent month or part of a month if the tax remains unpaid 10 days after the IRS issues a notice of intent to levy.

**Interest - IRC Section 6601**

We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full. Interest is also charged on penalties for late filing, late payment, over or understating valuations, and substantially understating the tax you owe. Interest compounds daily, except on late or underpaid estimated income taxes for individuals or corporations.

Corporate Interest - We charge additional interest of 2 percent if, according to our records, you didn't make your corporate tax (income, employment, excise, etc.) payment within 30 days after we notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment on tax amounts you owe over $100,000, minus your timely payments and credits.

-A-

**IRS** Department of the Treasury
Internal Revenue Service
ACS SUPPORT - STOP 5050
PO BOX 219236
KANSAS CITY, MO 64121-9236

Case Reference Number: 4273901949   WI
Date: FEB. 13, 2012
Taxpayer Identification Number: XXX-XX-4771   H 00

Contact Telephone Number:
TOLL FREE: 1-800-829-7650
BEST TIME TO CALL:
MON - FRI  8:00 AM TO 8:00 PM LOCAL
ASISTENCIA EN ESPANOL 1-800-829-7650

004677.938723.0020.001 1 MB 0.404 864

RENE J SAUZEDDE
1233 NEW STANSBURY RD
TURTLETOWN TN  37391-4635333

004677

---

Provide Us With Your Telephone Numbers So We May Contact You

Home: _____   Best time to call: _____

Work: _____   Best time to call: _____

Enclose your payment, tax returns or other correspondence and return with this cover sheet.

Fold this cover sheet so our address appears in the window of the enclosed envelope.

FOLD HERE   and return with your reply          FOLD HERE   and return with your reply

---

Automated Collection System
LT39

ACS Case Reference Number.
4273901949

MFT/TXPD:  55 / 200712

Amount Enclosed:$ _____

Internal Revenue Service
ACS SUPPORT - STOP 5050
PO BOX 219236
KANSAS CITY, MO 64121-9236

—5—

 **Department of the Treasury**
**Internal Revenue Service**

ACS SUPPORT - STOP 5050
PO BOX 219236
KANSAS CITY, MO 64121-9236

Date:
FEB. 13, 2012

Taxpayer Identification Number:
XXX-XX-4771    H 00

Case Reference Number:
4273901949
Caller ID:                              734652

Contact Telephone Number:
TOLL FREE:   1-800-829-7650
BEST TIME TO CALL:
MON - FRI   8:00 AM TO 8:00 PM LOCAL
ASISTENCIA EN ESPANOL 1-800-829-7650

RENE J SAUZEDDE
1233 NEW STANSBURY RD
TURTLETOWN TN  37391-4635333

004677

## Reminder Notice

We are required by law to remind you periodically in writing about your overdue tax. The amount you owe is shown on the back of this letter.

You do not need to contact us about this letter if you are working with us to resolve your account. However, please call the telephone number listed above if you:

- have unanswered questions about the overdue taxes.
- wrote or called us more than 30 days ago and have not received a reply.

If you have NOT been working with us to resolve your account, please read the rest of this letter carefully. Then, based upon your situation, take the action listed in either Step 1 or Step 2.

### Step 1:
If you agree with the amount shown on the back of this letter and have no questions, send us full payment. Make your check or money order payable to United States Treasury. Write your tax identifying number and the tax period(s) on your payment. Use the envelope provided and include the enclosed return cover sheet when sending us your payment or correspondence. Keep this letter for your records.

### Step 2:
Call the telephone number listed above if you:
- believe the overdue tax is incorrect or have other questions.
- are unable to pay your overdue taxes in full. Be ready to tell us what your monthly income and expenses are so we can help you arrange a payment plan.

This office is authorized to take enforcement action to collect the amount you owe. This can include taking your property, or rights to property, such as wages, bank accounts, real estate or automobiles. We may also file a Notice of Federal Tax Lien without giving you advance notice. A lien is public notice to your creditors that the government has a right to your interests in your current assets and assets you acquire after we file a lien. This can affect your ability to obtain credit. To avoid possible enforcement actions, we must hear from you within 10 days from the date of this letter.

Enclosures: Return Cover Sheet, Envelope

*Debra K. Hunt*

Operations Manager, Automated Collection System

*036324771103*

-6-

Letter 3228 (Rev. 01-2004)(LT-39)

Pay By Date: 02-29-2012

| Account Summary | | RENE J SAUZEDDE | | | XXX-XX-4771 |
|---|---|---|---|---|---|
| Type of Tax | Period Ending | Assessed Balance | Accrued Interest | Late Payment Penalty | Total |
| CIVPEN | 12-31-2007 | $ 5,000.00 | $ 155.16 | $ 0.00 | $ 5,155.16 |
| CIVPEN | 12-31-2008 | $ 5,000.00 | $ 155.16 | $ 0.00 | $ 5,155.16 |

Total Amount Due $ 10,310.32

| Type of Tax | Period Ending | Name of Return |
|---|---|---|

*Refused for cause*

We wanted to ensure that you and your spouse received this notice, so we've sent a copy to each of you. Each copy contains the same information related to your joint account. Any amount you owe or balance due shown should be paid only once. If the account is overpaid, we will issue any refund shown only once.

Pay By Date: 02-29-2012

| Account Summary | | RENE & YAEL F SAUZEDDE | | XXX-XX-4771 | |
|---|---|---|---|---|---|
| Type of Tax | Period Ending | Assessed Balance | Accrued Interest | Late Payment Penalty | Total |
| 1040 | 12-31-2007 | $ 481.36 | $ 15.11 | $ 35.87 | $ 532.34 |
| 1040A | 12-31-2008 | $ 324.73 | $ 9.06 | $ 20.96 | $ 354.75 |

Total Amount Due $ 887.09

| Type of Tax | Period Ending | Name of Return |
|---|---|---|

Taxpayer Identification Number:
XXX-XX-4771
Case Reference Number:
4273901949

# *Penalty and Interest*

004676

The penalty and interest charges on your account are explained below. If you want a more detailed explanation of your penalty and interest, please call the telephone number listed on the front of this notice/letter.

**Paying Late - Internal Revenue Code Sections 6651(a)(2), a(3) and (d)(1)**

We charge a late payment penalty of 1/2 percent of the tax owed for each month or part of a month the tax remains unpaid from the due date, up to a maximum of 25 percent of the tax due. The 1/2 percent increases to 1 percent for each subsequent month or part of a month if the tax remains unpaid 10 days after the IRS issues a notice of intent to levy.

**Interest - IRC Section 6601**

We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full. Interest is also charged on penalties for late filing, late payment, over or understating valuations, and substantially understating the tax you owe. Interest compounds daily, except on late or underpaid estimated income taxes for individuals or corporations.

Corporate Interest - We charge additional interest of 2 percent if, according to our records, you didn't make your corporate tax (income, employment, excise, etc.) payment within 30 days after we notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment on tax amounts you owe over $100,000, minus your timely payments and credits.