**René Jean & Yaël Felicitas**
c/o 1233 New Stansbury Road
Turtletown, Tennessee

```
United States District Court
Tennessee Eastern District Court
Chattanooga Divisional Office
United States Courthouse
900 Georgia Avenue
Chattanooga, TN 37402
```

Dear Clerk:

Please file this NOTICE of REVOCATION and clerk instructions in our Article III case jacket #1:11-cv-99. This is evidence if this presenter claims we have obligations to perform or makes false claims against us in the future.

Please return the stamped document copy, which is marked COPY, to us in the SASE which is included for your convenience.

Thank you.

### Certificates of Mailing

Our signature below expresses that we have mailed the NOTICE of REVOCATION by certified mail #7010 3090 0003 2628 4276 to the Internal Revenue Service in Kansas City, and by First Class Mail to the office in Utah.

Rene Jean _René Jean & Yaël Felicitas_ [Seal]

1

# NOTICE of REVOCATION



2012 MAR 29 P 1:02

In the matter of:
RENE J SAUZEDDE
account #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

Re: REVOCATION of so-called "frivolous" tax return filings

INTERNAL REVENUE SERVICE
Ogden, UT 84201
and
Kansas City, MO 64999

Copy sent to:

United States District Court
900 Georgia Ave.
Chattanooga, TN 37402


Dear Internal Revenue Service:

    Please NOTICE that it was never my intention to file any "frivolous" tax returns. After a CPA whom I had hired to prepare my tax returns failed to do the job correctly, I made every possible effort to educate myself about the tax laws and to understand the Internal Revenue Code.
I did this for the purpose of being able to lawfully comply with any tax laws which may apply to my person. It is now, and always has been, my intent to handle only lawful money of the United States.
I have publicized my DEMAND for lawful money pursuant to, but absent benefit of, U.S.C. 12, Chapter 3, Subchapter XII, section 411 at the above referenced United States District Court.

Since the IRS has considered certain of my past tax return filings "frivolous", as evidenced by correspondence from the agency regarding tax years 2007 and 2008, which I refused for cause in a timely manner, I hereby REVOKE all tax return filings for 2007 and 2008 which the IRS considers "frivolous".
Please update all your files accordingly.

Notice to agent is notice to principal, and notice to principal is notice to agent.


Sincerely,

Rene Jean for RENE J SAUZEDDE account # 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



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7010 3090 0003 2628 4276

| | |
|---|---|
| Postage | $2.95 |
| Certified Fee | 2.35 |
| Return Receipt Fee (Endorsement Required) | 1.95 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $7.25 |

Postmark: DUCKTOWN, TN 37326, MAR 19 2012

Sent To: IRS
Street, Apt. No.; or PO Box No.: Kansas City, MO
City, State, ZIP+4: 64999-0002

PS Form 3800, August 2006

FILED
12 MAR 29 P 1:02
EASTERN DIST. TENN.
_____ DEPT. CLERK
BY_____

---

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Affix fee here in stamps or meter postage and post mark. Inquire of Postmaster for current fee.

Received From:
René Jean
c/o 1233 New Stansbury Rd.
Turtletown, Tennessee [37391]

One piece of ordinary mail addressed to:
Internal Revenue Service
Ogden, Utah
84201

PS Form 3817, Mar. 1989

2