<div style="text-align: center;">

**René Jean & Yaël Felicitas**
c/o 1233 New Stansbury Road
Turtletown, Tennessee

</div>

RECEIVED AUG 07 2012 Clerk, U. S. District Court Eastern District of Tennessee

| |
|---|
| United States District Court<br>Chattanooga Divisional Office<br>United States Courthouse<br>900 Georgia Avenue<br>Chattanooga, TN 37402 |

Certified Mail #7010 3090 0003 2628 3392

Dear Clerk;

Please file this refusal for cause, consisting of eight (8) numbered pages, in our Article III case jacket #1:11-cv-99. This is evidence if this presenter claims we have obligations to perform or makes false claims against us in the future. A copy of this instruction has been sent with the original refusal for cause in red ink back to the presenter in a timely fashion. Please return the stamped document copy, which is marked COPY, to us in the SASE which is included for your convenience.
Thank you.

### Certificate of Mailing

Our signature below expresses that we have mailed a copy of the presentment, refused for cause, with the original clerk instruction to the district court; and that we mailed the original presentment, refused for cause in red ink and a copy of this clerk instruction, by certified mail #7010 3090 0003 2628 3408 back to the presenter within 72 hours of presentment.

|  |
|---|
| _René Jean & Yaël Felicitas_   SEAL<br>René Jean & Yaël Felicitas (wife) |



**IRS** Department of the Treasury
Internal Revenue Service
ACS SUPPORT - STOP 5050
PO BOX 219236
KANSAS CITY, MO 64121-9236



7161 7617 9283 4709 5386

**Date:**
JULY 26, 2012

**Contact Telephone Number:**
TOLL FREE: 1-800-829-7650
BEST TIME TO CALL:
MON - FRI 8:00 AM TO 8:00 PM LOCAL
ASISTENCIA EN ESPANOL 1-800-829-7650

000903.994518.0008.001 3 MB 0.654 2054

RENE J SAUZEDDE
1233 NEW STANSBURY RD
TURTLETOWN TN 37391-4635333

*Refused* [handwritten across page]

Return this cover sheet in the envelope provided so our address appears in the window.

FOLD HERE  and return with your reply        FOLD HERE  and return with your reply

Automated Collection System
LT11

ACS Case Reference Number:
4273901949

MFT/TXPD:  30 / 200712

Amount Enclosed:$ _____

Internal Revenue Service
ACS SUPPORT - STOP 5050
PO BOX 219236
KANSAS CITY, MO 64121-9236

(Certified Letter - Coversheet)(5-2011)

-2- WI



**IRS** Department of the Treasury
Internal Revenue Service

ACS SUPPORT - STOP 5050
PO BOX 219236
KANSAS CITY, MO 64121-9236

71617617928347095386

RENE J SAUZEDDE
1233 NEW STANSBURY RD
TURTLETOWN  TN  37391-4635333

Date:
JULY 26, 2012

Taxpayer Identification Number:
XXX-XX-4771        H 00

Case Reference Number:
4273901949

Caller ID:             734652

Contact Telephone Number:
TOLL FREE: 1-800-829-7650
BEST TIME TO CALL:
MON - FRI  8:00 AM TO 8:00 PM LOCAL
ASISTENCIA EN ESPANOL 1-800-829-7650

)0903

## CALL IMMEDIATELY TO PREVENT PROPERTY LOSS
## FINAL NOTICE OF INTENT TO LEVY AND NOTICE OF YOUR RIGHT TO A HEARING

### WHY WE ARE SENDING YOU THIS LETTER

We've written to you before asking you to contact us about your overdue taxes. You haven't responded or paid the amounts you owe. We encourage you to call us immediately at the telephone number listed above to discuss your options for paying these amounts. If you act promptly, we can resolve this matter without taking and selling your property to collect what you owe.

We are authorized to collect overdue taxes by taking, which is called levying, property or rights to property and selling them if necessary. Property includes bank accounts, wages, real estate commissions, business assets, cars and other income and assets.

### WHAT YOU SHOULD DO

This is your notice, as required under Internal Revenue Code sections 6330 and 6331, that we intend to levy on your property or your rights to property 30 days after the date of this letter unless you take one of these actions:
- Pay the full amount you owe, shown on the back of this letter. When doing so,
    - Please make your check or money order payable to the United States Treasury;
    - Write your social security number and the tax year or employer identification number and the tax period on your payment; and enclose a copy of this letter with your payment.
- Make payment arrangements, such as an installment agreement that allows you to pay off your debt over time.
- Appeal the intended levy on your property by requesting a Collection Due Process hearing within 30 days from the date of this letter.

### WHAT TO DO IF YOU DISAGREE

If you've paid already or think we haven't credited a payment to your account, please send us proof of that payment. You may also appeal our intended actions as described above.

Even if you request a hearing, please note that we can still file a Notice of Federal Tax Lien at any time to protect the government's interest. A lien is a public notice that tells your creditors that the government has a right to your current assets and any assets you acquire after we file the lien.

We've enclosed two publications that explain how we collect past due taxes and your collection appeal rights, as required under Internal Revenue Code sections 6330 and 6331. In addition, we've enclosed a form that you can use to request a Collection Due Process hearing.

We look forward to hearing from you immediately, and hope to assist you in fulfilling your responsibility as a taxpayer.

Enclosures: Copy of letter, Form 12153, Publication 594, Publication 1660, Envelope


*036324771103*

Automated Collection System

Case 1:11-cv-00099  Document 25  Filed 08/07/12  Page 3 of 7  PageID #: 160     Letter 1058 (Rev. 05-2003)(LT 11)

We wanted to ensure that you and your spouse received this notice, so we've sent a copy to each of you. Each copy contains the same information related to your joint account. Any amount you owe or balance due shown should be paid only once. If the account is overpaid, we will issue any refund shown only once.

Pay By Date: 08-28-2012

| Account Summary | | RENE & YAEL F SAUZEDDE | | | XXX-XX-4771 |
|---|---|---|---|---|---|
| Type of Tax | Period Ending | Assessed Balance | Accrued Interest | Late Payment Penalty | Total |
| 1040 | 12-31-2007 | $ 481.36 | $ 22.53 | $ 61.19 | $ 565.08 |
| 1040A | 12-31-2008 | $ 324.73 | $ 14.05 | $ 38.93 | $ 377.71 |
| | | | | Total Amount Due $ | 942.79 |
| Type of Tax | Period Ending | Name of Return | | | |

[Handwritten across the form: "Refused for cause"]

Taxpayer Identification Number:

XXX-XX-4771

Case Reference Number:

4273901949



)0903

# *Penalty and Interest*

The penalty and interest charges on your account are explained below. If you want a more detailed explanation of your penalty and interest, please call the telephone number listed on the front of this notice/letter.

**Paying Late - Internal Revenue Code Sections 6651(a)(2), a(3) and (d)(1)**

We charge a late payment penalty of 1/2 percent of the tax owed for each month or part of a month the tax remains unpaid from the due date, up to a maximum of 25 percent of the tax due. The 1/2 percent increases to 1 percent for each subsequent month or part of a month if the tax remains unpaid 10 days after the IRS issues a notice of intent to levy.

**Interest - IRC Section 6601**

We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full. Interest is also charged on penalties for late filing, late payment, over or understating valuations, and substantially understating the tax you owe. Interest compounds daily, except on late or underpaid estimated income taxes for individuals or corporations.

Corporate Interest - We charge additional interest of 2 percent if, according to our records, you didn't make your corporate tax (income, employment, excise, etc.) payment within 30 days after we notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment on tax amounts you owe over $100,000, minus your timely payments and credits.


**IRS** Department of the Treasury
Internal Revenue Service
ACS SUPPORT - STOP 5050
PO BOX 219236
KANSAS CITY, MO 64121-9236


7161 7617 9283 4709 5393

Date:
JULY 26, 2012

Contact Telephone Number:
TOLL FREE: 1-800-829-7650
BEST TIME TO CALL:
MON - FRI 8:00 AM TO 8:00 PM LOCAL
ASISTENCIA EN ESPANOL 1-800-829-7650

000904.994518.0008.001 3 MB 0.654 2054

YAEL F SAUZEDDE
1233 NEW STANSBURY RD
TURTLETOWN TN 37391-4635333


100904

*[Handwritten across page: "Refused for cause"]*

---

Return this cover sheet in the envelope provided so our address appears in the window.

FOLD HERE    and return with your reply        FOLD HERE    and return with your reply
---

Automated Collection System
LT11

ACS Case Reference Number:
4273901949

MFT/TXPD: 30 / 200712

Amount Enclosed:$ _____

Internal Revenue Service
ACS SUPPORT - STOP 5050
PO BOX 219236
KANSAS CITY, MO 64121-9236

(Certified Letter Coversheet)(5-2011)

Taxpayer Identification Number:
XXX-XX-4771
Case Reference Number:
4273901949

# *Penalty and Interest*

)0904

The penalty and interest charges on your account are explained below. If you want a more detailed explanation of your penalty and interest, please call the telephone number listed on the front of this notice/letter.

**Paying Late - Internal Revenue Code Sections 6651(a)(2), a(3) and (d)(1)**

We charge a late payment penalty of 1/2 percent of the tax owed for each month or part of a month the tax remains unpaid from the due date, up to a maximum of 25 percent of the tax due. The 1/2 percent increases to 1 percent for each subsequent month or part of a month if the tax remains unpaid 10 days after the IRS issues a notice of intent to levy.

**Interest - IRC Section 6601**

We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full. Interest is also charged on penalties for late filing, late payment, over or understating valuations, and substantially understating the tax you owe. Interest compounds daily, except on late or underpaid estimated income taxes for individuals or corporations.

Corporate Interest - We charge additional interest of 2 percent if, according to our records, you didn't make your corporate tax (income, employment, excise, etc.) payment within 30 days after we notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment on tax amounts you owe over $100,000, minus your timely payments and credits.

